NOTE:  This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

———————————————

**ANTHONY G. HUNT,**
*Claimant-Appellant,*

**v.**

**ERIC K. SHINSEKI, SECRETARY OF VETERANS
AFFAIRS,**
*Respondent-Appellee.*

———————————————

2012-7039

———————————————

Appeal from the United States Court of Appeals for
Veterans Claims in case no. 09-4707, Judge Lawrence B.
Hagel.

———————————————

**ON MOTION**

———————————————

**O R D E R**

Anthony G. Hunt moves to supplement his brief with
further points and authorities, which he also refers to as a
motion for mandamus.

HUNT v. SHINSEKI                                                    2

Mr. Hunt's motion provides additional arguments regarding the merits of his case. We deem it the best course to treat his motion as a supplement to his brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion to supplement his brief is granted. A copy of Mr. Hunt's supplemental brief will be transmitted to the merits panel assigned to hear this case.

FOR THE COURT

/s/ Jan Horbaly
Jan Horbaly
Clerk

s24